**Order entered August 15, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00763-CV

## IN THE INTEREST OF C.A.L., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-21-00890-W**

## ORDER

Before the Court is court reporter Martha Grant's August 11, 2022 request for an extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** the record be filed no later than September 1, 2022.

/s/    ERIN A. NOWELL
         JUSTICE